IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: STEPHEN A. GRIFFIN, DEBTOR          CASE NO. 2:02-BK-70245M
                                                                    CHAPTER 7

BARBARA L. GRIFFIN                                              APPELLANT

v.                                 CASE NO. 06-MC-15

RICHARD L. COX, TRUSTEE                                  APPELLEE

<u>ORDER</u>

Currently before the Court are Appellant's Emergency Motion to Reconsider Order Denying Emergency Motion to Stay Proceedings (Doc. 4) and Appellee's response (Doc. 5). Appellant's motion is DENIED AS MOOT, as the appeal in case no. 06-CV-2015 has been DISMISSED.

IT IS SO ORDERED this 14th day of April, 2006.

                                                    /s/Robert T. Dawson
                                                    Hon. Robert T. Dawson
                                                    United States District Judge