IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: STEPHEN A. GRIFFIN, DEBTOR      CASE NO. 2:02-bk-70245M
CHAPTER 7

BARBARA L. GRIFFIN      APPELLANT

    v.      No. 2:06-mc-00015
        No. 2:06-cv-02055

RICHARD L. COX, TRUSTEE      APPELLEE

## **ORDER**

Currently before the Court is Appellant's Emergency Request for Reconsideration of Order Denying Emergency Motion to Stay Proceedings as Moot filed in Case No. 2:06-mc-00015 (Doc. 7). As the motion concerns Ms. Griffin's appeal in Case No. 2:06-cv-02055, the Court hereby incorporates the pleadings from Case No. 2:06-mc-00015 into Case No. 2:06-cv-02055. All future pleadings shall be filed under one case number, Case No. 2:06-cv-02055, and Case No. 2:06-mc-00015 is hereby DISMISSED.

IT IS SO ORDERED this 16th day of May 2006.

                               /s/ Robert T. Dawson
                               Honorable Robert T. Dawson
                               United States District Judge

AO72A
(Rev. 8/82)